Case 4:22-cv-01508 Document 1 Filed on 05/05/22 in TXSD Page 1 of 9

United States Courts Southern
District of Texas
FILED
*May 5, 2022*
Nathan Ochsner, Clerk of Court

**IN THE DISTRICT COURT
OF THE STATE OF TEXAS
IN AND FOR HARRIS COUNTY**

**KARL LORENZO JONES©**

   Plaintiff(s)

vs.

**SPECIALIZED TOWING AND TRANSPORTATION, INC. et al, a Florida Corporation and ALEJANDRO GARCIA, JUAN CARLOS CORVALAN**

   Defendant(s)

Case No.: **4:22cv1508**

**PLAINTIFFS ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT**

  COMES NOW, **KARL LORENZO JONES©**, Plaintiff, in the above-styled and numbered cause, and files this his Original Petition, complaining of Defendants, **SPECIALIZED TOWING AND TRANSPORTATION, INC. et al, a Florida Corporation and ALEJANDRO GARCIA, JUAN CARLOS CORVALAN**, and for cause of action would respectfully show unto this Honorable Court as follows:

**I.
DISCOVERY LEVEL**

  Pursuant to Rule 190.3, Texas Rules of Civil Procedure, discovery is intended to be conducted under a Level 2 discovery plan.

## II.
## PARTIES

Plaintiff, **KARL LORENZO JONES©**, is a natural person residing in Houston, Harris County, Texas.

Defendants, **SPECIALIZED TOWING AND TRANSPORTATION, INC. et al, a Florida Corporation** operates several locations in Florida either through franchises, affiliates, partners or other entities. Defendants may be served with process through their registered agent Entin Law Group, P.A., 633 S. E. Andrews Ave., Suite 500, Ft. Lauderdale, FL 33301

Defendant **ALEJANDRO GARCIA,** is an individual and resident of the State of Florida, and an employee of SPECIALIZED TOWING AND TRANSPORTATION, Inc. and may be served with process at his last known address at 2659 SE 1st Lane, Homestead, FL 33033, or anywhere that he may be found.

Defendant **JUAN CARLOS CORVALAN** is an individual and resident of the State of Florida, and an employee of SPECIALIZED TOWING AND TRANSPORTATION, Inc. and may be served with process at his last known address at 16902 NW 53rd Court, Miami Gardens, Florida 33055, or anywhere that he might be found.

## III.
## JURISDICTION AND VENUE

Pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b)(2), jurisdiction and venue is proper by Diversity of Citizenship between the parties, no proper Defendant is a citizen of the state in which the action was brought and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and cost.

## IV.
## ACTS OF AGENT FOR CORPORATE DEFENDANT

Whoever in this Petition is alleged that **SPECIALIZED TOWING AND TRANSPORTATION, INC.** did any act or thing or failed to do any act or thing, it is meant that

their officers, agents, or employees of said designated corporation, respectively performed, participated in, or failed to perform such acts or things while in the course and scope of their employment or agency relationship with said Defendants.

## V.
## FACTS

On March 19, 2020 Plaintiff with his significant other proceeded to 618 NW 6th Avenue, Ft. Lauderdale, Florida, 33311 where Defendant **SPECIALIZED TOWING and TRANSPORTATION, Inc.** conducts there business. Plaintiff's vehicle was towed there. When Plaintiff arrived, there were two of the Defendants, **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** which are employees of **SPECIALIZED TOWING and TRANSPORTATION, Inc.**

Plaintiff informed the Defendants employees, **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** that he was there to retrieve his personal belongings. Plaintiff was then told by Defendants employee, **ALEJANDRO GARCIA** and/or **JUAN CARLOS CORVALAN** to wait for the gate to open so that he could retrieve his personal property.

Plaintiff noticed his vehicle had been trashed and ransacked. Plaintiff unlocked the vehicle and proceeded to locate his passport and money and noticed these items were not in the same place he had put them. Plaintiff couldn't look in the trunk to look for his money, passport and chef tools due to the vehicle being backed up to the gate.

Plaintiff started the car in an attempt to move it so that he could open the hatch to look for his money, passport and chef tools. After locating and retrieving his personal items, Defendants employees **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALON** started approaching Plaintiff in an aggressive manner. Plaintiff begins walking towards the gate and observed Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALON** were blocking the exit spewing vulgar language. As Plaintiff neared the gate, **ALEJANDRO GARCIA** and **JUAN CARLOS**

**CORVALAN** began physically assaulting Plaintiff. Plaintiff broke free and ran inside the attached garage looking for a way out. Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** began assaulting Plaintiff again.

Plaintiff broke free again and ran towards the locked gate still being pursued by the Defendants employees **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN**. Plaintiff in fear of his life jumped the gate and upon landing on the other side sustained a severe laceration to his upper left knee.

Plaintiff began walking down the street and observed Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** continued pursuing Plaintiff in a white dually. Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** attempted to jump from the truck to grab Plaintiff.

Law enforcement showed up and Plaintiff was transported to the hospital for the injuries he sustained. Plaintiff underwent surgery for his injury and was hospitalized for three (3) days.

## VI.
## CAUSES OF ACTION AGAINST DEFENDANTS

### COUNT I
### PROXIMATE AND DIRECT NEGLIGENCE

When someone acts in a careless way and causes an injury to another person, under the legal principle of "negligence" the careless person will be legally liable for any resulting harm.

Plaintiff re-alleges and incorporate the preceding factual account as set forth in this petition. At the time and on the occasion in question, Defendants owed a duty to Plaintiff to use all necessary care to ensure safety of the Plaintiff. Defendants also owed the duty of reasonable care generally. Defendants breached these duties.

Each of such acts and omissions, singularly or in combination with others constituted negligence, gross negligence, and negligence per se which proximately caused the incident, and which resulted in the injuries Plaintiff sustained.

Defendant **SPECIALIZED TOWING AND TRANSPORTATION, INC.** is also liable for Plaintiff's damages under the doctrine of *Respondent Superior* as Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** were working in the course and scope of their employment as employees of **SPECIALIZED TOWING AND TRANSPORTATION, INC.**

## COUNT II
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Plaintiff re-alleges and incorporate the preceding factual account as set forth in this petition. At the time and on the occasion in question, Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** (1) the Defendants acted intentionally and recklessly; (2) the conduct was extreme and outrageous; (3) the actions of the Defendants caused the Plaintiff emotional distress; and (4) the emotional distress suffered by the Plaintiff was severe.

Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** conduct was so outrageous in character, and so extreme in degree, and goes beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized community.

Defendant **SPECIALIZED TOWING AND TRANSPORTATION, INC.** is also liable for Plaintiff's damages under the doctrine of *Respondent Superior* as Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** were working in the course and scope of their employment as employees of **SPECIALIZED TOWING AND TRANSPORTATION, INC.**

## COUNT III
## ASSAULT

A person commits simple assault in by intentionally, knowingly, or recklessly causing, or threatening to cause, bodily injury to another person, or, intentionally or knowingly engaging in provocative or offensive physical contact with another.

Plaintiff re-alleges and incorporate the preceding factual account as set forth in this petition. At the time and on the occasion in question, Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** assaulted Plaintiff by intentionally, knowingly, and recklessly causing bodily injury to Plaintiff by physical contact and then pursuing Plaintiff down the road to continue the assault.

Defendant **SPECIALIZED TOWING AND TRANSPORTATION, INC.** is also liable for Plaintiff's damages under the doctrine of *Respondent Superior* as Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** were working in the course and scope of their employment as employees of **SPECIALIZED TOWING AND TRANSPORTATION, INC.**

## VII.
## DAMAGES

As a direct and proximate result of the negligent conduct of Defendants, Plaintiff **KARL LORENZO JONES**, has sustained and in all reasonable probability will sustain the following injuries:

1. Past reasonable and necessary medical expenses:
2. Reasonable and necessary medical expenses which, in reasonable medical probability, will be incurred in the future;
3. Physical pain and suffering in the past;
4. Physical pain and suffering which, in reasonable medical probability, will be incurred in the future;
5. Mental pain, suffering and anguish which, in all reasonable medical probability, will be suffered in the future;
6. Physical impairment in the past;
7. Physical impairment which, in all reasonable medical probability, will be suffered in the future;
8. Loss of wage earning capacity in the past;
9. Loss of wage earning capacity in the future;
10. Pre-judgment interest;
11. Post-judgment interest.

## VIII.
## JURY DEMAND

Plaintiff demands a jury trial.

## IX.
## CONCLUSION

As a direct and proximate result of Defendant's aforesaid actions, Plaintiff suffered severe injuries. As a further result of the nature and consequences of his injuries, Plaintiff has suffered great physical and mental pain, suffering and anguish in addition to loss of wages,

By reason of all the above, Plaintiff has suffered losses and damages in an amount which is within the jurisdictionally limits of this Court.

In addition, Defendant **SPECIALIZED TOWING AND TRANSPORTATION, INC.** is also liable for Plaintiff's damages under the doctrine of *Respondent Superior* as Defendants **ALEJANDRO GARCIA** and **JUAN CARLOS CORVALAN** were working in the course and scope of their employment as employees of **SPECIALIZED TOWING AND TRANSPORTATION, INC.**

## X.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that after hearing and trial by jury that he have judgment against the Defendants in sum within the jurisdictional limits of this Court for monetary relief over $250,000.00, but not more than $1,000,000.00, excluding interest, statutory or punitive damages and penalties together with pre-judgment interest and post-judgment interest at the maximum rate allowed by law: costs of court; and, a demand for judgment for all the other relief to which the Plaintiff may show himself justly entitled.

Dated: March 3, 2022                          Respectfully submitted,

/s/ Karl L. Jones
Karl L. Jones©/ Propria Persona
12602 Arbor Garden Ln.
Houston, TX 77066

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Petition has been sent via regular mail, priority mail, certified mail, return receipt and/or via fax to SPECIALIZED TOWING AND TRANSPORTATION, Inc., ALEJANDRO GARCIA, and JUAN CARLOS CORVALAN the following on the 3rd day of March, 2022.

/s/ Karl L. Jones
Karl L. Jones©

- 8 -

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.** Retail

**P**  US POSTAGE PAID
**$8.95**
Origin: 77014
03/03/22
4800330051-23

PRIORITY MAIL 1-DAY®

0 Lb 3.40 Oz
1006

EXPECTED DELIVERY DAY: 03/04/22

B050

SHIP TO:
PO BOX 61010
HOUSTON TX 77208-1010

USPS TRACKING® #



9505 5130 1953 2062 7007 28

**PRIORITY® MAIL**

tic use.
of insurance (restrictions apply).*
many international destinations.

ration form is required.

ding claims exclusions see the
availability and limitations of coverage.

**PRIORITY ★ MAIL ★**

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Karl Jones
12602 Arbor Garden Ln
Houston, TX 77066

TO: U.S. District Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.